**Charles JEFFERSON, Appellant,**

v.

**Sharron JEFFERSON, Respondent.**

**No. ED 86674.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 12, 2006.

JoAnn S. Wilson, St. Louis, MO, for appellant.

Christine E. Rollins, Leslie Freeman, St. Louis, MO, for respondent.

Before ROY L. RICHTER, P.J., SHERRI B. SULLIVAN, J., and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Charles Jefferson appeals the trial court's denial of his motion to modify his judgment of dissolution of marriage and

the trial court's grant of the Family Support Division's motion to modify. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).